Michael J. Jaurigue (SBN 208123)
  michael@jlglawyers.com
Ryan A. Stubbe (SBN 289074)
  ryan@jlglawyers.com
JAURIGUE LAW GROUP
300 W. Glenoaks Blvd., Suite 300
Glendale, California 91202
Telephone:  (818) 630-7280
Facsimile:  (888) 879-1697

*Attorneys for David Lin and Christine Yiu,
Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>DAVID LIN and CHRISTINE YIU,<br><br>     Reorganized Debtors. | Case No. 6:11-bk-28115-SC<br><br>Chapter 11<br><br>**MOTION FOR ORDER REOPENING CHAPTER 11 CASE**<br><br>[No Additional Notice and No Hearing Required Pursuant to LBR 5010-1(e) and 9013-1(q)] |

# MOTION FOR ORDER REOPENING CHAPTER 11 CASE

Reorganized Debtors David Lin and Christine Yiu ("Debtors") hereby move the Court for an order reopening this Chapter 11 case. The Court may re-open a bankruptcy case for cause. 11 U.S.C. § 350(b). A motion to reopen is directed to the discretion of the Court. *In re Shondel*, 950 F.2d 1301, 1304 (1991). Here, good cause exists to reopen this case. The Debtors have completed their payments to unsecured creditors under the terms of their confirmed Chapter 11 Plan. The Debtors now seek to reopen their bankruptcy case so that they may file an application for entry of discharge and final decree.

**WHEREFORE**, JLG respectfully requests that this Court enter an Order:

1. Reopening the Chapter 11 Case;
2. Granting such other and further relief as the Court deems just and proper.

Dated: October 28, 2019

JAURIGUE LAW GROUP

_____/s/ *Ryan A. Stubbe*_____
Michael J. Jaurigue
Ryan A. Stubbe
*Attorneys for David Lin and Christine Yiu,
Reorganized Debtors*

# DECLARATION OF RYAN A. STUBBE

I, Ryan A. Stubbe, declare as follows:

1. I am an associate attorney at Jaurigue Law Group ("JLG"), attorneys for Reorganized Debtors David Lin and Christine Yiu ("Debtors") in the above-captioned Chapter 11 case. I have personal knowledge of the facts set forth herein. If called upon to testify to the statements in this Declaration, I could and would competently do so under oath.

2. I offer this declaration in support of the Debtors' Motion for Order Reopening Chapter 11 Case.

3. The Debtors have completed their payments to unsecured creditors under the terms of their confirmed Chapter 11 Plan. The Debtors now seek to reopen their bankruptcy case so that they may file an application for entry of discharge and final decree.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on October 5, 2017 at Glendale, California.

/s/ Ryan A. Stubbe
Ryan A. Stubbe

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

300 W. Glenoaks Blvd.

A true and correct copy of the foregoing document entitled (*specify*): **MOTION FOR ORDER REOPENING CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/28/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Everett L Green: everett.l.green@usdoj.gov
United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2019 | Brigitte Molina | /s/ Brigitte Molina |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |